

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00347-CR

Luis Armando Carreon
v.
The State of Texas

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. CR-0809-06-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and a judgment discharging Carreon from community supervision is RENDERED.

We further order this decision certified below for observance.

January 11, 2018